May 27, 2005

Mr. Eric W. Schulze
Walsh Anderson Brown Schulze & Aldridge, P.C.
P.O. Box 2156
Austin, TX 78768
Mr. Bill D. Rosenstein
1104 First Place
Tyler, TX 75702

RE: Case Number: 03-1123
 Court of Appeals Number: 12-03-00007-CV
 Trial Court Number: 02-00547

Style: VAN INDEPENDENT SCHOOL DISTRICT
 v.
 SCOTT A. MCCARTY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. (Justice Johnson not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Karen |
| |Wilson |
| |Ms. Cathy S. |
| |Lusk |